# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Despain,<br><br>            Plaintiff,<br><br>v.<br><br>BNSF Railway Company,<br><br>            Defendant. | NO. CV-15-08294-PCT-NVW<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's orders of June 20, 2018 and June 28, 2018, dismissing the complaint and this action with prejudice, including all claims and counterclaims against all parties, and saving to the parties the substantive terms of their settlement made on June 8, 2018, as it may be proved in a later action to enforce the settlement. In such action the parties are limited to enforcing the terms of their settlement and are prohibited from asserting the underlying claims settled in this action. Each party will bear his or its own attorneys' fees and costs.

                                                                  Brian D. Karth
                                                                  District Court Executive/Clerk of Court

July 5, 2018

                                                                  s/ L. Dixon
                                                        By   Deputy Clerk